Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ANGELE GIROUX,

    Plaintiff(s),

v.

ESSEX PROPERTY TRUST, INC.,

    Defendant(s).

Case No: 16-cv-01722-HG

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, SEAN B. HOAR, an active member in good standing of the bar of Oregon, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Essex Property Trust, Inc. in the above-entitled action. My local co-counsel in this case is Martin L. Fineman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1300 SW Fifth Avenue, Suite 2400<br>Portland, OR 97201 | 505 Montgomery Street, Suite 800<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(503) 778-5396 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 276-6575 |
| MY EMAIL ADDRESS OF RECORD:<br>seanhoar@dwt.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>martinfineman@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 872544.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: June 8, 2016

    SEAN B. HOAR
    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of SEAN B. HOAR is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/10/2016

    *[signature: Haywood S. Gill]*
    UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



Oregon State Bar

# Certificate

State of Oregon )
) ss.
County of Washington )

I, Nik T. Chourey, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**SEAN B. HOAR**

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on September 25, 1987.

There are no complaints, grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Hoar is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 25th day of May, 2016.

_____
Nik T. Chourey
Assistant Disciplinary Counsel
Oregon State Bar

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935
(503) 620-0222   toll-free in Oregon (800) 452-8260   Regulatory Services fax (503) 968-4457   www.osbar.org