Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELE GIROUX, | Case No: 16-cv-01722-HG |
| Plaintiff(s), | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| v. | (CIVIL LOCAL RULE 11-3) |
| ESSEX PROPERTY TRUST, INC., | |
| Defendant(s). | |

I, ELIZABETH K. BINGOLD, an active member in good standing of the bar of Oregon, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Essex Property Trust, Inc. in the above-entitled action. My local co-counsel in this case is Martin L. Fineman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1300 SW Fifth Avenue, Suite 2400<br>Portland, OR 97201 | 505 Montgomery Street, Suite 800<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(503) 778-5289 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 276-6575 |
| MY EMAIL ADDRESS OF RECORD:<br>elizabethbingold@dwt.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>martinfineman@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 152641.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: June 8, 2016

ELIZABETH K. BINGOLD
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ELIZABETH K. BINGOLD is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/10/2016

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                   October 2012



# Certificate

State of Oregon          )
                         )  ss.
County of Washington     )

I, Nik T. Chourey, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

### ELIZABETH KIM BINGOLD

was admitted to practice law in the State of Oregon by reciprocity and became an active member of the Oregon State Bar on August 10, 2015.

There are no complaints, grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. Bingold is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 25th day of May, 2016.

_____
Nik T. Chourey
Assistant Disciplinary Counsel
Oregon State Bar

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935
(503) 620-0222   toll-free in Oregon (800) 452-8260  Regulatory Services fax (503) 968-4457    www.osbar.org