Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELE GIROUX, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>ESSEX PROPERTY TRUST, INC., et al.<br><br>　　　　　　　　Defendant(s). | Case No: 3:16-cv-01722-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **Donald W. Heyrich**, an active member in good standing of the bar of **Washington State**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiff Angele Giroux** in the above-entitled action. My local co-counsel in this case is **Mamta Ahluwalia**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| HKM Employment Attorneys LLP<br>600 Stewart Street, Suite 901<br>Seattle, WA 98101 | HKM Employment Attorneys LLP<br>453 S. Spring Street, Suite 1008<br>Los Angeles, CA 90013 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 206-838- 2504 | 213-259-9950 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dheyrich@hkm.com | mahluwalia@hkm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **23091**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/20/16　　　　　　　　　　　　　　　　　　　　　*s/ Donald W. Heyrich*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

===

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of **Donald W. Heyrich** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/21/2016　　　　　　　　　　　　　　　　　　　　/s/ Haywood S. Gilliam Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

# CERTIFICATION OF CURRENT STATUS

June 14, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Mr. Donald W. Heyrich**, WSBA ID# **23091** was admitted to the practice of law in this state by the Supreme Court of Washington on **November 12, 1993**, and is, as of today's date, a(n) **Active member** of the Washington State Bar Association, **Eligible** to practice law in this state.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

*Paula C. Littlewood*
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA