UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELE GIROUX,

    Plaintiff,

v.

ESSEX PROPERTY TRUST, INC.,

    Defendant.

Case No. 16-cv-01722-HSG

**SCHEDULING ORDER**

The Court held an initial case management conference on July 5, 2016. The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil L.R. 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to Amend Pleadings | September 27, 2016 |
| Deadline to Complete Class Discovery | December 30, 2016 |
| Deadline to File Class Certification Motion/Motion to Strike Class Allegations | January 9, 2017 |
| Deadline to Hear Class Certification Motion/Motion to Strike Class Allegations | February 16, 2017 |
| Close of Fact Discovery | April 7, 2017 |
| Deadline to File Dispositive Motions | April 14, 2017 |
| Last Day to Hear Dispositive Motions | May 25, 2017 |
| Designation of Experts | June 9, 2017 |
| Exchange of Opening Expert Reports | June 23, 2017 |
| Exchange of Rebuttal Expert Reports | July 7, 2017 |
| Close of Expert Discovery | July 21, 2017 |

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause.  The parties are directed to review and comply with this Court's Civil Pretrial and Trial
3   Standing Order.

**IT IS SO ORDERED.**

Dated:  July 18, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge