UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELE GIROUX,

        Plaintiff,

    v.

ESSEX PROPERTY TRUST, INC.,

        Defendant.

Case No. 16-cv-01722-HSG

**ORDER GRANTING IN PART STIPULATION TO EXTEND TIME**

Re: Dkt. No. 46

On November 30, 2016, the parties filed a joint stipulation to extend time for discovery and class certification. Dkt. No. 46. The Court hereby GRANTS the request to extend time in light of the pending motion to dismiss and VACATES the class discovery deadline and the deadline to file a class certification motion or a motion to strike class allegations. The Court will issue a modified scheduling order after ruling on Defendant's motion to dismiss the first amended complaint.

**IT IS SO ORDERED.**

Dated: 12/1/2016

                                      HAYWOOD S. GILLIAM, JR.
                                      United States District Judge