Joseph E. Addiego III (CA SBN 169522)
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: jakefreed@dwt.com
joeaddiego@dwt.com

Attorneys for Defendant
ESSEX PROPERTY TRUST, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGELE GIROUX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ESSEX PROPERTY TRUST, INC.,<br><br>　　　　Defendant. | Case No. 16-cv-01722-HSG<br><br>**STIPULATION AND ORDER RE CASE SCHEDULE IN RESPONSE TO DOCKET NO. 54** |

On August 3, 2017, the Court issued an Order (Dkt. No. 54) "DIRECTING the parties to meet and confer regarding a proposed case schedule and e-file a stipulation and proposed order with that case schedule" by August 11, 2017;

In response to that Order, the parties HEREBY STIPULATE AND AGREE to the following proposed case schedule, subject to the Court's approval:

| Event | Deadline |
| --- | --- |
| Deadline to disclose Class Experts and Reports | November 15, 2017 |
| Deadline to disclose Class Rebuttal Experts and Reports | December 15, 2017 |
| Deadline to file and serve Class Certification Motion/Motion to Strike Class Allegations | February 15, 2018 |
| Deadline to file and serve Opposition to Certification Motion/Motion to Strike Class Allegations | April 19, 2018 |
| Deadline to file and serve Reply to Certification Motion/Motion to Strike Class Allegations | May 3, 2018 |
| Hearing on Class Certification Motion/Motion to Strike Class Allegations | May 24, 2018, 2:00 p.m. |

The parties propose the Court set the remaining deadlines after class certification has been decided. Should the court prefer to schedule the remaining deadlines at this time, the parties propose the following schedule:

| Event | Deadline |
| --- | --- |
| Expert Disclosure and Exchange of Opening Expert Reports | June 29, 2018 |
| Exchange of Rebuttal Expert Reports | July 20, 2018 |
| Close of Fact Discovery | August 31, 2018 |
| Deadline to File Dispositive Motions | September 20, 2018 |
| Last Day to Hear Dispositive Motions | October 25, 2018 |

IT IS SO STIPULATED.

DATED: August 15, 2017

DAVIS WRIGHT TREMAINE LLP
Joseph E. Addiego III
John D. Freed

By: */s/ Joseph E. Addiego III*
      Joseph E. Addiego III

Attorneys for Defendant
ESSEX PROPERTY TRUST, INC.

HKM EMPLOYMENT ATTORNEYS LLP
Donald W. Heyrich

By: /s/ *Donald W. Heyrich*
      Donald W. Heyrich

Attorneys for Plaintiff

## **CERTIFICATION OF CONCURRENCE**

Pursuant to L.R. 5-1, I hereby attest that Donald W. Heyrich, counsel for Plaintiff Angele Giroux, has provided his concurrence in the electronic filing of the foregoing document entitled STIPULATION [AND PROPOSED ORDER] RE CASE SCHEDULE IN RESPONSE TO DOCKET NO. 54.

                                            */s/ Joseph E. Addiego III*
                                                  Joseph Addiego III

**STIPULATION RE CASE SCHEDULE**

**ORDER**

Presently before the Court is the parties' Stipulation [and Proposed Order] Re Case Schedule in Response to Docket No. 54. Good cause appearing, the Court GRANTS IN PART the Stipulation as follows:

1. The parties' stipulated schedule and case deadlines stated above are adopted through the class certification motion hearing and shall be the case schedule for this matter except: February 15, 2018-last day to file class certification motion; March 15, 2018-last day to file opposition; March 29, 2018-last day to file reply; and April 12, 2018 at 2:00 p.m.-last day to hear motion for class certification.

2. These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Orders.

IT IS SO ORDERED.

Date: August 15, 2017

Hon. Haywood S. Gilliam, Jr.
United States District Judge