Joseph E. Addiego III (CA SBN 169522)
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: jakefreed@dwt.com
joeaddiego@dwt.com

Attorneys for Defendant
ESSEX PROPERTY TRUST, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGELE GIROUX, | Case No. 16-cv-01722-HSG |
| Plaintiff, | **STIPULATION AND ORDER RE EXPERT DEADLINE** |
| v. | |
| ESSEX PROPERTY TRUST, INC., | |
| Defendant. | |

On August 15, 2017, the Court set the schedule for the class certification phase of this case. Dkt. No. 56. The parties now respectfully request a 45-day extension of the deadline to disclose class experts and reports. In support of this request, the parties state that they have been engaged in settlement discussions for some time and would like to continue those discussions prior to engaging experts in preparation for plaintiff's motion for class certification and defendant's response thereto. If this request is granted, the new deadline to disclose class experts and reports would be January 2, 2018.

IT IS SO STIPULATED.

DATED: November 20, 2017

DAVIS WRIGHT TREMAINE LLP
Joseph E. Addiego III
John D. Freed

By: */s/ Joseph E. Addiego III*
　　　Joseph E. Addiego III

Attorneys for Defendant
ESSEX PROPERTY TRUST, INC.

HKM EMPLOYMENT ATTORNEYS LLP
Donald W. Heyrich

By: /s/ *Donald W. Heyrich*
　　　Donald W. Heyrich

Attorneys for Plaintiff

1

**STIPULATION RE CASE SCHEDULE**
Case No. 16-cv-01722-HSG

## CERTIFICATION OF CONCURRENCE

Pursuant to L.R. 5-1, I hereby attest that Donald W. Heyrich, counsel for Plaintiff Angele Giroux, has provided his concurrence in the electronic filing of the foregoing document entitled STIPULATION [AND PROPOSED ORDER] RE CASE SCHEDULE IN RESPONSE TO DOCKET NO. 54.

           */s/ Joseph E. Addiego III*
             Joseph Addiego III

# ORDER

Presently before the Court is the parties' Stipulation [and Proposed Order] Re Expert Deadline. Good cause appearing, the Court GRANTS the Stipulation, as follows: The new deadline to disclose class experts and reports is January 2, 2018.

IT IS SO ORDERED.

Date: November 20, 2017

Hon. Haywood S. Gilliam, Jr.
United States District Judge