UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELE GIROUX,<br><br>    Plaintiff,<br><br>v.<br><br>ESSEX PROPERTY TRUST, INC.,<br><br>    Defendant. | Case No. 16-cv-01722-HSG<br><br>**ORDER GRANTING STIPULATION REGARDING TENTATIVE SETTLEMENT AND CASE DEADLINES**<br><br>Re: Dkt. No. 60 |

On February 15, 2018, the parties notified the Court that they have agreed on the key terms of a proposed settlement and are working to formalize a written settlement agreement. *See* Dkt. No. 60. The parties anticipate finalizing the settlement agreement within 45 days. To provide adequate time to finalize the settlement, the class certification hearing previously set for April 12, 2018, at 2:00 p.m. is continued to May 24, 2018, at 2:00 p.m. Unless otherwise ordered, Plaintiff shall file the class certification motion by no later than April 19, 2018, but need not do so if a motion for preliminary approval is filed before that date. All other case deadlines are vacated.

**IT IS SO ORDERED.**

Dated: 2/20/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge