Joseph E. Addiego III (CA SBN 169522)
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: jakefreed@dwt.com
joeaddiego@dwt.com

Attorneys for Defendant
ESSEX PROPERTY TRUST, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGELE GIROUX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ESSEX PROPERTY TRUST, INC.,<br><br>　　　　　Defendant. | Case No. 16-cv-01722-HSG<br><br>**STIPULATION AND ORDER REGARDING EXTENSION TO DEADLINE FOR SUBMISSION OF STIPULATED JUDGMENT** |

On March 14, 2019, the Court entered its Order Granting Motion for Final Approval of Class Action Settlement and Granting Motion for Class Counsel Attorneys' Fees and Costs ("Final Approval Order"), which directed the parties to file a Stipulated Judgment by March 29, 2019.

On or about March 25, 2019, AllClear, the identity theft protection company that had committed to provide the additional identity theft protection contemplated in the settlement approved by the Court, informed Essex it had been acquired by Experian and would not provide those identity theft protection services. The parties immediately responded, and are negotiating an extension of coverage with AllClear and to identify a new service provider of identity theft protection upon the expiration of the AllClear coverage.

In order to give the parties time to complete this process and submit a proposal to the Court to address this unanticipated issue, the parties respectfully request that the Court continue the March 29, 2019 deadline to submit the Stipulated Judgment for two weeks, until April 12, 2019.

IT IS SO STIPULATED.

DATED: April 1, 2019

DAVIS WRIGHT TREMAINE LLP
Joseph E. Addiego III
John D. Freed

By: /s/ *Joseph E. Addiego III*
     Joseph E. Addiego III

Attorneys for Defendant
ESSEX PROPERTY TRUST, INC.

STUTHEIT KALIN LLC
Kyann C. Kalin

By: /s/ *Kyann C. Kalin*
     Kyann C. Kalin

Attorneys for Plaintiff

2
**STIPULATION RE STIPULATED JUDGMENT DEADLINE**

## CERTIFICATION OF CONCURRENCE

Pursuant to L.R. 5-1, I hereby attest that Kyann C. Kalin, counsel for Plaintiff Angele Giroux, has provided his concurrence in the electronic filing of the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION TO DEADLINE FOR SUBMISSION OF STIPULATED JUDGMENT**

*/s/ Joseph E. Addiego III*
Joseph Addiego III

# ORDER

Presently before the Court is the parties' Stipulation [and Proposed Order] Regarding Extension of the Deadline for Submission of a Stipulated Judgment. The deadline is hereby extended until April 12, 2019.

IT IS SO ORDERED.

Date: April 1, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge

**STIPULATION RE STIPULATED JUDGMENT DEADLINE**