1  Joseph E. Addiego III (CA SBN 169522)
   John D. Freed (CA SBN 261518)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California 94111
   Telephone:   (415) 276-6500
4  Facsimile:   (415) 276-6599
   Email:       jakefreed@dwt.com
5               joeaddiego@dwt.com

6  Attorneys for Defendant
   ESSEX PROPERTY TRUST, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGELE GIROUX,<br><br>      Plaintiff,<br><br>  v.<br><br>ESSEX PROPERTY TRUST, INC.,<br><br>      Defendant. | Case No. 16-cv-01722-HSG<br><br>**THIRD STIPULATION AND ORDER REGARDING EXTENSION TO DEADLINE FOR SUBMISSION OF STIPULATED JUDGMENT** |

On March 14, 2019, the Court entered its Order Granting Motion for Final Approval of Class Action Settlement and Granting Motion for Class Counsel Attorneys' Fees and Costs ("Final Approval Order") (Dkt. 80), which directed the parties to file a Stipulated Judgment by March 29, 2019.

On or about March 25, 2019, AllClear, the identity theft protection company that had committed to provide the additional identity theft protection contemplated in the settlement approved by the Court, informed Essex it had been acquired by Experian and would not provide those identity theft protection services. The parties immediately responded, and began negotiating an extension of coverage with AllClear and to identify a new service provider of identity theft protection upon the expiration of the AllClear coverage.

On March 29, 2019, in order to give the parties time to complete this process and submit a proposal to the Court to address this unanticipated issue, the parties submitted a Stipulation requesting that the Court continue the March 29, 2019 deadline to submit the Stipulated Judgment for two weeks, until April 12, 2019 (Dkt 81). On April 1, 2019, the Court entered an Order granting the requested continuance to April 12, 2019 (Dkt. 82).

Essex secured a one year extension of coverage from AllClear for those class members who were previously enrolled with AllClear, to ensure continuous coverage. The parties have agreed upon a vendor to provide the necessary services for the remainder of the periods identified in the approved settlement. The parties continue to work to finalize the agreement with the new vendor, as well as the logistics of notifying the class and implementing that replacement coverage.

The parties submitted a second stipulation for extension on April 12, 2015 (Dkt. 83), and the Court entered the order granting the stipulation on April 15, 2019 (Dkt. 84), providing another extension to April 26, 2019 to submit the Stipulated Judgment.

The parties request another two-week extension, to May 10, 2019, to allow sufficient time to complete these tasks before submitting the Stipulated Judgment. The parties are mindful that this is the third extension requested. The task of securing new coverage and implementing same

has proven to be more complex than initially anticipated. They are working diligently to finalize all aspects of this new coverage and on the notice of this change to the class members.

IT IS SO STIPULATED.

DATED: April 26, 2019

DAVIS WRIGHT TREMAINE LLP
Joseph E. Addiego III
John D. Freed

By: */s/ Joseph E. Addiego III*
    Joseph E. Addiego III

Attorneys for Defendant
ESSEX PROPERTY TRUST, INC.

STUTHEIT KALIN LLC
Kyann C. Kalin

By: */s/ Kyann C. Kalin*
    Kyann C. Kalin

Attorneys for Plaintiff

## CERTIFICATION OF CONCURRENCE

Pursuant to L.R. 5-1, I hereby attest that Kyann C. Kalin, counsel for Plaintiff Angele Giroux, has provided his concurrence in the electronic filing of the foregoing document entitled **THIRD STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION TO DEADLINE FOR SUBMISSION OF STIPULATED JUDGMENT**

                                        */s/ Joseph E. Addiego III*
                                            Joseph Addiego III

# ORDER

Presently before the Court is the parties' Third Stipulation [and Proposed Order] Regarding Extension of the Deadline for Submission of a Stipulated Judgment. The deadline is hereby extended until May 10, 2019.

IT IS SO ORDERED.

Date: April 26, 2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge