1   Joseph E. Addiego III (CA SBN 169522)
    John D. Freed (CA SBN 261518)
2   DAVIS WRIGHT TREMAINE LLP
    505 Montgomery Street, Suite 800
3   San Francisco, California  94111
    Telephone:     (415) 276-6500
4   Facsimile:      (415) 276-6599
    Email:          jakefreed@dwt.com
5                   joeaddiego@dwt.com

6   Attorneys for Defendant
    ESSEX PROPERTY TRUST, INC.

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  THE NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11

12  ANGELE GIROUX,                    )  Case No. 4:16-cv-01722-HSG
                                      )
13            Plaintiff,              )  **STIPULATION AND [PROPOSED]**
                                      )  **ORDER REGARDING AMENDING**
14       v.                           )  **FINAL APPROVAL ORDER**
                                      )
15  ESSEX PROPERTY TRUST, INC.,       )
                                      )
16            Defendant.              )
                                      )
17                                    )
                                      )
18                                    )
                                      )
19  _____ )

20

21

22

23

24

25

26

27

28

                                    1
**STIPULATION RE AMENDING FINAL APPROVAL ORDER**
**Case No. 16-cv-01722-HSG**
4828-9417-5893v.3 0106740-000001

On March 14, 2019, the Court entered its Order Granting Motion for Final Approval of Class Action Settlement and Granting Motion for Class Counsel Attorneys' Fees and Costs ("Final Approval Order") (Dkt. 80), which directed the parties to file a Stipulated Judgment by March 29, 2019.

On or about March 25, 2019, AllClear, the identity theft protection company that had committed to provide the additional identity theft protection contemplated in the settlement approved by the Court, informed Essex it had been acquired by Experian and would not provide those identity theft protection services. The parties immediately responded, and began negotiating an extension of coverage with AllClear and to identify a new service provider of identity theft protection upon the expiration of the AllClear coverage.

On March 29, 2019, in order to give the parties time to complete this process and submit a proposal to the Court to address this unanticipated issue, the parties submitted a Stipulation requesting that the Court continue the March 29, 2019 deadline to submit the Stipulated Judgment for two weeks, until April 12, 2019 (Dkt 81). On April 1, 2019, the Court entered an Order granting the requested continuance to April 12, 2019 (Dkt. 82). The parties submitted a second, similar stipulation on April 12, 2019 (Dkt. 83), and the Court entered the order granting the stipulation on April 15, 2019 (Dkt. 84), providing another extension to April 26, 2019 to submit the Stipulated Judgment. The parties submitted a third such stipulation on April 26, 2019 providing for an extension until May 10, 2019 to submit the Stipulated Judgment. (Dkt. 85). The Court entered the order granting the requested continuance until May 10, 2019. (Dkt. 86).

Essex was able to secure a one-year extension of coverage from AllClear for those class members who were previously enrolled with AllClear, to ensure continuous coverage, as their prior three years of coverage was expiring on March 31, 2019. However, AllClear refused to provide a two-year extension, which would have allowed those class members to enjoy five years of continuous coverage as provided in the Court approved settlement. Further, AllClear refused to provide the three years of coverage promised to those class members who had never previously enrolled with AllClear following the subject incident, as provided in the Court approved settlement. Thus, the parties were forced to find a new vendor to provide both the remainder of

STIPULATION RE AMENDING FINAL APPROVAL ORDER
Case No. 16-cv-01722-HSG
4828-9417-5893v.3 0106740-000001

the coverage to those class members previously enrolled with AllClear, and three years of new coverage for those class members who never enrolled with AllClear.

The parties have agreed upon Equifax as the vendor to provide the necessary services for the remainder of the periods identified in the approved settlement.  The Equifax service is described here:  https://www.equifax.com/personal/products/identity-theft-protection/ and https://www.equifax.com/pdfs/Assurant_Summary_of_Benefits/COL-58937__$1M_Summary_of_Benefits-US.pdf.  The parties are confident the class members who enroll with Equifax will enjoy the same or better coverage than what AllClear provided.

Essex has arranged to provide the entire class with three years of additional coverage from Equifax, and that coverage will begin on the date each class member enrolls with Equifax.  Each class member must enroll with Equifax to enjoy the benefits of the offered coverage, including those who previously enrolled with AllClear.  Thus, the parties revised the Notice of Availability of Identity Protection, which will be included in the mailing to the Class Members with their settlement checks.  The prior version of the Notice of Availability of Identity Protection was approved by the Court in conjunction with its final approval of the settlement.  This revised Notice of Availability of Identity Protection reflects the unanticipated but necessary change of vendors to Equifax and describes the enrollment process with Equifax.  A copy of the revised notice is attached to this Stipulation as Exhibit A.

In light of the above, the parties stipulate that the Final Approval Order (Dkt. 80) be amended to order the settlement administrator to send the revised Notice of Availability of Identity Protection, Exhibit A, to the entire class, in the same mailing as the settlement checks rather than the prior version approved by the Court. (Dkt. 75).

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

STIPULATION RE AMENDING FINAL APPROVAL ORDER
Case No. 16-cv-01722-HSG
4828-9417-5893v.3 0106740-000001

DATED: May 10, 2019

DAVIS WRIGHT TREMAINE LLP
Joseph E. Addiego III
John D. Freed

By:/s/  *Joseph E. Addiego III*
       Joseph E. Addiego III

Attorneys for Defendant
ESSEX PROPERTY TRUST, INC.


STUTHEIT KALIN LLC
Kyann C. Kalin

By: /s/ *Kyann C. Kalin*
       Kyann C. Kalin

Attorneys for Plaintiff and the Class
ANGELE GIROUX

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Notice of Availability of Identity Protection

*Angele Giroux v. Essex Property Trust, Inc.*, No. 16-cv-01722-HSG

*The United States Court has authorized this Notice.*

- The Court has finally approved the Class Action Settlement in the *Angele Giroux v. Essex Property Trust, Inc.*, No. 16-cv-01722-HSG.

- You are receiving this notice (along with a settlement check) because you are a class member entitled to receive the benefits of this class action settlement.

- One of these benefits available to you under this settlement is 3 YEARS OF EQUIFAX ID PATROL at no cost to you.  If you become a victim of identity theft, this service will help you recover financial losses, restore your credit and make sure your identity is returned to its proper condition.  This protection includes 3-Bureau Credit File Monitoring, automatic fraud alerts, and up to a $1 million identity theft insurance policy.  For more information please visit: https://www.equifax.com/personal/products/identity-theft-protection/ and https://www.equifax.com/pdfs/Assurant_Summary_of_Benefits/COL-58937__$1M_Summary_of_Benefits-US.pdf

- Whether or not you previously signed up for ALLCLEAR IDENTITY PROTECTION provided by Essex following the March 2016 incident, you are entitled to the 3 years of coverage from Equifax.  In order to claim this benefit, you will need to use the following redemption code: {RedemptionCode} to sign up online at www.myservices.equifax.com/patrol within 45 days after the date of the mailing of this notice and your settlement check.

- If you previously signed up for the ALLCLEAR IDENTITY PROTECTION provided by Essex at any time following the March 2016 Essex data breach, your identity theft protection with ALLCLEAR will continue until March 31, 2020, at which time it will be automatically discontinued.  If you would like your identity theft protection to continue beyond that date, you must sign up with Equifax as instructed above within 45 days after the date of the mailing of this notice and your settlement check.

## <u>CERTIFICATION OF CONCURRENCE</u>

Pursuant to L.R. 5-1, I hereby attest that Kyann C. Kalin, counsel for Plaintiff Angele Giroux, has provided her concurrence in the electronic filing of the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER REGARDING AMENDING FINAL APPROVAL ORDER.**

*/s/  Joseph E. Addiego III*
Joseph Addiego III

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Presently before the Court is the parties' Stipulation [and Proposed Order] to Amend the Final Approval Order (Dkt. 80).  The parties' stipulation is GRANTED.  The Final Approval Order is amended to incorporate the revised Notice of Availability of Identity Protection attached to the stipulation as Exhibit A, and to direct the settlement administrator to send that revised Notice of Availability of Identity Protection to the class in conjunction with the mailing of the settlement payment to Class Members.

IT IS SO ORDERED.

Date:  May _____, 2019

_____

Hon. Haywood S. Gilliam, Jr.
United States District Judge

6

**Stipulation Re Amending Final Approval Order**
**Case No. 16-cv-01722-HSG**
4828-9417-5893v.3 0106740-000001