Kyann C. Kalin (CA State Bar No. 209030)
kyann@stutheitkalin.com
**STUTHEIT KALIN LLC**
1 SW Columbia Street, Suite 1850
Portland, OR 97258
Telephone: (971) 285-7578
Facsimile: (503) 715-5670

Mamta Ahluwalia (CA State Bar No. 245992)
mahluwalia@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
453 S. Spring Street, Suite 1008
Los Angeles, California 90013
Telephone: (213) 259-9950
Facsimile: (213) 477-2391

Donald W. Heyrich (*admitted pro hac vice*)
dheyrich@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: (206) 826-5357
Facsimile: (206) 260-3055

Attorneys for Plaintiff
ANGELE GIROUX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGELE GIROUX on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESSEX PROPERTY TRUST, INC., a Delaware Corporation, doing business as ESSEX PROPERTY, INC.<br><br>Defendant. | Case No. 4:16-cv-01722- HSG<br><br>**CLASS ACTION**<br><br>**STIPULATED FINAL JUDGMENT**<br><br>**Before the Honorable<br>Haywood S. Gilliam, Jr.** |

STIPULATED JUDGMENT
(CASE NO. 4:16-CV-01722-HSG) - 1

On March 14, 2019, the Court entered the Order Granting Motion for Final Approval of Class Action Settlement and Granting Motion for Class Counsel Attorneys' Fees and Costs ("Final Approval Order") (Dkt. 80). On May 10, 2019, the parties filed a Stipulation and Proposed Order requesting that the Court enter an Order Amending the Final Approval Order to incorporate a revised version of the Notice of Availability of Identity Protection. (Dkt. 87).

Plaintiff, by and through her attorneys of records, Kyann Kalin of Stutheit Kalin LLC, and Defendant, by and through its attorneys of record, Joseph E. Addiego III, of Davis Wright Tremaine LLP, hereby stipulate to entry of a final judgment on the terms set forth in the Final Approval Order (Dkt. 80) as modified by the Order Amending the Final Approval Order (Dkt. ___).

**IT IS SO STIPULATED.**

DATED: May 10, 2019

        DAVIS WRIGHT TREMAINE LLP
        Joseph E. Addiego III
        John D. Freed

        By:/s/ *Joseph E. Addiego III*
            Joseph E. Addiego III

        Attorneys for Defendant
        ESSEX PROPERTY TRUST, INC.

        STUTHEIT KALIN LLC
        Kyann C. Kalin

        By: /s/ *Kyann C. Kalin*
            Kyann C. Kalin

        Attorneys for Plaintiff and the Class
        ANGELE GIROUX

# CERTIFICATION OF CONCURRENCE

Pursuant to L.R. 5-1, I hereby attest that Joseph E. Addiego III, counsel for Defendant Essex Property Trust, Inc., has provided his concurrence in the electronic filing of the foregoing document entitled **STIPULATED FINAL JUDGMENT.**

　　　　　　　　　　　　　　　　　　/s/ Kyann C. Kalin

# FINAL JUDGMENT

Presently before the Court is the parties' Stipulated Final Judgment.

**JUDGMENT IS HEREBY** entered on the terms set forth in the Final Approval Order (Dkt. 80) as amended by the Order Amending the Final Approval Order (Dkt. <u>89</u>).

Dated: <u>5/14/2019</u>

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE